The People of the State of New York, Respondent, 
against
Carlos M. Binett Prandy, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Barbara F. Newman, J.H.O.), rendered December 13, 2017, convicting him, upon a plea of guilty, of violating New York Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Barbara F. Newman, J.H.O.), dated December 13, 2017, reversed, on the law, accusatory instrument dismissed and fine, if paid, remitted.
The terse plea colloquy fails to establish that defendant understood the nature of the offense to which he was pleading, and that his plea was knowing, intelligent and voluntary. Given the relatively minor nature of the infraction here charged, we dismiss the accusatory instrument in lieu of remanding the matter (see People v Burwell, 53 NY2d 849, 851 [1981]).
We note the absence of a respondent's brief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 14, 2019